IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. CROSS, | No. CIV S-10-0521-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| PEOPLE OF CALIFORNIA, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On March 19, 2010, the court issued orders directing petitioner to: (1) submit a completed application for leave to proceed in forma pauperis or otherwise resolve the fee status for this case; and (2) file an amended petition naming the proper respondent.  Petitioner was warned that failure to comply may result in dismissal of the action.  See Local Rule 110.  To date, petitioner has not complied.

Petitioner shall show cause in writing, within 30 days of the date of this order, why this action should not be dismissed for failure to comply with the court's prior orders. Petitioner is again warned that failure to respond to this order may result in dismissal of the action for the reasons outlined above, as well as for failure to prosecute and comply with court

1 | rules and orders.  See id.
2 |         IT IS SO ORDERED.

 DATED: April 23, 2010

                                                      _____
                                                      **CRAIG M. KELLISON**
                                                      UNITED STATES MAGISTRATE JUDGE